IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALAN D. BUMPERS, #128911, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 19-1125-CG-MU |
| | ) |
| GOVERNOR KAY IVEY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this the 1st day of March, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE