IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALAN D. BUMPERS,               )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )        2:21cv182-MHT
                               )             (WO)
KAY IVEY, Governor, in her     )
individual and official        )
capacities, et al.,            )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that defendants have been deliberately indifferent to extremely dangerous conditions of confinement at Holman prison, where he says stabbings are frequent and guards are few.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with a court order to inform the court of any change of address.  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of July, 2023.

                                      /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**