IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALAN D. BUMPERS,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:21cv182-MHT
                              )         (WO)
KAY IVEY, Governor, in her    )
individual and official       )
capacities, et al.,           )
                              )
    Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 60) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order to inform the court of address changes.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of July, 2023.

                                     /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE